UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| IN RE: | CASE NO.: |
|---|---|
| TRACEY OTTO MCCULLEN<br>DOROTHY JEAN PAPADAKOS | 13-02176-8-SWH |
| | Chapter 7 |
| Debtors | |

### NOTICE OF TRUSTEE'S MOTION IN AID OF DISTRIBUTION

The undersigned Trustee, by and through counsel, gives notice of the Trustee's Motion in Aid of Distribution attached hereto.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Trustee's Motion in aid of Distribution or if you want the court to consider your views on the motion, then on or before **March 21, 2014**, unless otherwise ordered, you or your attorney must file with the court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing.

Pursuant to that Memorandum from Chief Bankruptcy Judge J. Rich Leonard, EDNC, dated February 24, 2005, attorneys practicing in the United States Bankruptcy Court for the Eastern District of North Carolina, including attorneys admitted pro hac vice, are required to file electronically all documents [including new bankruptcy petitions, motions, memoranda of law, and other pleadings, but excluding proofs of claim and documents to be placed under seal in accordance with Local Bankruptcy Rule 5005-4(6)]. Any documents required to be filed electronically pursuant to Local Bankruptcy Rule 5005-4(1) but presented in paper form on or after April 1, 2005, shall be accompanied by an application for an exemption from this rule and a proposed order granting the relief sought. The application shall state the reason(s) why electronic filing would impose an extreme hardship on the attorney. Local Bankruptcy Rules pertaining to electronic filing, including Local Bankruptcy Rules 5005-4(1) and 5005-4(2) may be found on the Court's website www.nceb.uscourts.gov. Electronic filing may be done through the Court's web site. The Court's mailing address is at:

Clerk, U.S. Bankruptcy Court
Eastern District of North Carolina
PO Box 791
Raleigh, NC 27602

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| Marjorie K. Lynch, Esquire<br>Bankruptcy Administrator<br>434 Fayetteville Street<br>Suite 540<br>Raleigh, NC 27601 | James B. Angell<br>Chapter 7 Trustee<br>Post Office Box 12347<br>Raleigh, North Carolina 27605 |
| Algernon L. Butler, III<br>Butler & Butler, LLP<br>PO Box 38<br>Wilmington, NC 28402 | Tracy Otto McCullen<br>8212 Bald Eagle Lane<br>Wilmington NC 28411 |
| Dorothy Jean Papadakos<br>8212 Bald Eagle Lane<br>Wilmington, NC 28411 | |

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the motion at a date, time and place to be later set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

DATED:  February 25, 2014

James B. Angell
North Carolina State Bar No. 12844
Howard, Stallings, From & Hutson, PA
Post Office Box 12347
Raleigh, North Carolina 27605
Telephone: 919-821-7700
Facsimile: 919-821-7703

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| IN RE: | CASE NO.: |
|---|---|
| TRACEY OTTO MCCULLEN<br>DOROTHY JEAN PAPADAKOS | 13-02176-8-SWH |
| Debtors | Chapter 7 |

### TRUSTEE'S MOTION IN AID OF DISTRIBUTION

NOW COMES James B. Angell, chapter 7 trustee for Tracey Otto McCullen and Dorothy Jean Papadakos (the "Trustee"), by and through counsel, and moves this Court enter for an order in aid of distribution to establish the relative rights and priorities of Chapter 7 claimants to certain property of the estate. In support of said Motion, the Trustee shows unto the Court the following:

1. On or about April 4, 2013, ("Petition Date"), Tracey Otto McCullen and Dorothy Jean Papadakos ("Debtors") filed a Chapter 7 bankruptcy petition in this Court.

2. James B. Angell was appointed Chapter 7 Trustee for the Debtors' bankruptcy case by order of the Court.

3. The Court has jurisdiction of this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334.

4. Venue is appropriate in this Court pursuant to 28 U.S.C. §§1408 and 1409.

5. This proceeding is a core proceeding under 28 U.S.C. §157(a)(2)(A) and (O).

6. The assets of the estate are generally comprised of the proceeds of

    a. Property held as tenancy by the entireties located at 1801 Allens Lane, Wilmington, NC ($124,852.44)(the "Real Estate Proceeds"); and

    b. Three storage units and rights in Wrightsville Beach Storage held in the joint names of the Debtors ($1,500.00)(the "Storage Units Proceeds").

7. Neither of the Debtors claimed a tenancy by the entireties exemption in the property located at 1801 Allens Lane, Wilmington, NC or the Real Estate Proceeds.

8. The Trustee proposes to first apply the Storage Units Proceeds, then the Real Estate Proceeds to make distributions in accordance with the priorities set out in 11 U.S.C. §726, retroactive to the Petition Date.

9. Although neither Debtor asserted an exemption based on tenancy by the entireties in 1801 Allens Lane, Wilmington, NC or the Real Estate Proceeds, the Trustee proposes to make distribution of the Real Estate Proceeds solely to creditors having joint claims against the Debtors.

10. Tenancy by the entirety is a form of ownership available between husband and wife. In North Carolina, tenancy by the entirety is comprised of five essential characteristics, unity of time, unity of title, unity of interest, unity of possession and unity of the person. Combs v. Combs, 273 N.C. 462, 160 S.E.2d 308 (1968). "The estate rests upon the doctrine of the unity of the person, and upon the death of one the whole belongs to the other, not solely by right of survivorship, but also by virtue of the grant which vested the entire estate in each grantee." Davis v. Bass, 188 N.C. 200, 124 S.E. 566 (1924). Neither spouse can convey his or her interest in the estate without the other spouse. Id. See also Worrells v. North Carolina Farm Bureau Mut. Ins. Co., 103 N.C.App. 69, 404 S.E.2d 188 (1991). Thus, under North Carolina law, neither spouse holds an individual or separate interest in property held as tenants by the entirety, rather, "each is deemed to be seized of the whole, and not of a moiety or any undivided portion thereof." Carter v. Continental Insurance Co., 242 N.C. 578, 579, 89 S.E.2d 122, 123 (1955) (quoting Davis v. Bass, 188 N.C. at 203, 124 S.E. at 568). Neither spouse may encumber the property without the written joinder of the other spouse. N.C. Gen.Stat. § 39–13.6. Accordingly, real property owned as tenants by the entirety in North Carolina is not subject to a claim by a creditor against only one spouse. Grabenhofer v. Garrett, 260 N.C. 118, 120, 131 S.E.2d 675, 677 (1963).

11. The Trustee has made distributions to date as follows:

a. Administrative claims –
   i. Bank Fees           $    853.04
   ii. Bond payments      $    151.32
   iii. Broker fees       $13,000.00
   iv. Exemption          $  2,070.04

   Total:                 $16,074.40

12. The Trustee presently has $110,251.04 on hand for distribution.

13. The Trustee seeks an order in aid of distribution in this case in order to provide guidance to him in making a final distribution in this case.

Wherefore, the Trustee respectfully prays for the following relief:

1. That the Court enter an order in aid of distribution finding that, based upon the facts in this case,

   a. The Trustee may apply first the Storage Unit Proceeds, then the Real Estate Proceeds to make distributions in accordance with the priorities set out in 11 U.S.C.§726, retroactive to the Petition Date; and

  b. Although neither Debtor asserted an exemption based on tenancy by the entireties for 1801 Allens Lane, Wilmington, NC, the Trustee shall make distribution of the Real Estate Proceeds solely to creditors having joint claims against the Debtors; and

  c. That the Trustee may rely on the order in aid of distribution in making a final distribution in this case; and

2. That the Court grant such other and further relief that the Court deems just and proper.

DATED: February 25, 2014

            _____
            James B. Angell
            North Carolina State Bar No. 12844
            Howard, Stallings, From & Hutson, PA
            Post Office Box 12347
            Raleigh, North Carolina 27605
            Telephone: 919-821-7700
            Facsimile: 919-821-7703

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| IN RE: | CASE NO.: |
|---|---|
| TRACEY OTTO MCCULLEN<br>DOROTHY JEAN PAPADAKOS<br><br>                    Debtors | 13-02176-8-SWH<br><br>Chapter 7 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that she is over eighteen (18) years of age and the **TRUSTEE'S MOTION IN AID OF DISTRIBUTION AND NOTICE THEREOF** was this day served upon the below named persons, parties and/or counsel by mailing, postage prepaid, first class mail, a copy of such instruments to such persons, parties and/or counsel at the address shown below:

See Attached Matrix

Dated: February 25, 2014

Carly S. Coe, Paralegal
Howard, Stallings, From & Hutson, PA
Post Office Box 12347
Raleigh, NC 27605-2347
Telephone: (919) 821-7700
Facsimile: (919) 821-7703

```
Label Matrix for local noticing        Accident Fund Insurance Company        Ally Financial
0417-8                                  Attn: Managing Officer/Agent           Attn: Managing Officer/Agent
Case 13-02176-8-SWH                     200 N. Grand Ave.                      PO Box 380901
Eastern District of North Carolina      PO Box 40790                           Bloomington, MN 55438-0901
Wilson                                  Lansing, MI 48901-7990
Tue Feb 25 13:57:03 EST 2014

American Express                        Amerigas                               Amplex Nursery
Attn: Managing Officer/Agent            Attn: Managing Officer/Agent           Attn: Managing Officer/Agent
PO Box 8218                             3246-A Hwy 42 421N                     13100 34th Street N
Mason, OH 45040-8218                    Wilmington, NC  28401                  Clearwater, FL 33762-4246


James B Angell                          BP Mstrcrd c/o Hunter Warfield         Bankruptcy Administrator
Howard, Stallings, From & Hutson, PA    Attn: Managing Officer/Agent           1760-B Parkwood Blvd.
PO Box 12347                            4620 Woodland Corp. Blvd               Wilson, NC 27893-3588
Raleigh, NC 27605-2347                  Tampa, FL 33614-2415


Barclays Bank Delaware                  Patti H. Bass                          Borrego Springs Bank
Attention: Bankruptcy                   Bass & Associates, P.C.                Attn: Managing Officer/Agent
PO Box 1337                             3936 E. Ft. Lowell Road, Ste. 200      7777 Alvarado Rd Ste 501
Philadelphia, PA 19101                  Tucson, AZ 85712-1083                  La Mesa, CA 91942-8281


Algernon L. Butler III                  Kevin W. Butterfield                   CERASTES, LLC
Butler & Butler, L.L.P.                 Haywood, Denny & Miller, L.L.P.        C O WEINSTEIN AND RILEY, PS
P. O. BOX 38                            PO Box 51429                           2001 WESTERN AVENUE, STE 400
Wilmington, NC 28402-0038               Durham, NC 27717-1429                  SEATTLE, WA 98121-3132


Cape Fear Turf Farm                     Capital One NA                         Capital One, N.A.
Attn: Managing Officer/Agent            Attn: Managing Officer/Agent           c/o Bass & Associates, P.C.
1845 Elwell Ferry Road                  PO Box 21887                           3936 E. Ft. Lowell Rd, Suite #200
Council, NC 28434-8623                  Saint Paul, MN 55121-0887              Tucson, AZ 85712-1083


Capital One/Best Buy                    Capital Recovery V, LLC                Carl & Deborah Bell
Attn: Managing Officer/Agent            c/o Recovery Management Systems Corporat 1181 Stanton Hill Road
PO Box 30253                            25 SE 2nd Avenue Suite 1120            Cameron, NC 28326-7903
Salt Lake City, UT 84130-0253           Miami FL 33131-1605


City of Wilmington Tax Collector        Craft American Hardware                David Zukerman
Attn:  Managing Officer/Agent           Attn: Managing Officer/Agent           1709 Chestnut Street
PO Box 1810                             7002 Wrightsville Ave.                 Wilmington, NC 28405-2914
Wilmington, NC 28402-1810               Wilmington, NC 28403-3627


Deere & Company                         (p)DELL FINANCIAL SERVICES             Ernie Horne
PO Box 6600                             P O BOX 81577                          129 Darby Street
Johnston, IA 50131-6600                 AUSTIN TX 78708-1577                   Wilmington, NC 28409-2308


Scott D. Fink                           First Citizens Bank                    (p)FIRST CITIZENS BANK TRUST COMPANY
Weltman, Weinberg & Reis Co., L.P.A.    Attn: Managing Officer/Agent           P O BOX 25187
323 W. Lakeside Ave., Ste. 200          P.O. Box 1580                          RALEIGH NC 27611-5187
Cleveland, OH 44113-1099                Roanoke, VA 24007-1580
```

| | | |
|---|---|---|
| First-Citizens Bank & Trust Company<br>100 East Tryon Road<br>Raleigh, NC 27603-3581 | GBS Casa Dorada<br>Attn: Managing Officer/Agent<br>5600 SW 135th Ave. Ste 210<br>Miami, FL 33183-5101 | Gardner Welty<br>Attn: Managing Officer/Agent<br>7006 Myrtle Grove Road<br>Wilmington, NC 28409-4809 |
| Gecrb/Belk<br>Attn: Managing Officer/Agent<br>PO Box 965028<br>Orlando, FL 32896-5028 | Gregory A Horne<br>129 Darby Street<br>Wilmington, NC 28409-2308 | Harrell's LLC<br>Attn: Managing Officer/Agent<br>720 Kraft Road<br>Lakeland, FL 33815-3244 |
| Home Depot Credit<br>Attn: Managing Officer/Agent<br>PO Box 790340<br>Saint Louis, MO 63179-0340 | Howard, Stallings, From & Hutson, P.A.<br>PO Box 12347<br>Raleigh, NC 27605-2347 | Infranet Technologies Group<br>Attn: Managing Officer/Agent<br>235 Government Center Drive Ste 200<br>Wilmington, NC 28403-6252 |
| Internal Revenue Service<br>Attn: Managing Officer/Agent<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | JWD Trees, Inc.<br>Attn: Managing Officer/Agent<br>17091 Huffmaster Road<br>North Fort Myers, FL 33917-5953 | James Kelly, CPA<br>Attn: Managing Officer/Agent<br>211 Racine Drive #201<br>Wilmington, NC 28403-8842 |
| John Deere Financial<br>Attn: Managing Officer/Agent<br>PO Box 4450<br>Carol Stream, IL 60197-4450 | Neil D. Jonas<br>Rogers Townsend & Thomas, PC<br>2550 W. Tyvola Road, Ste. 520<br>Charlotte, NC 28217-4551 | Kevin W. Butterfield<br>Deere & Company<br>P.O. Box 6660<br>Attention Lindsay Schmitz<br>Johnston, IA 50131-6600 |
| Christopher Scott Kirk<br>Office of the Bankruptcy Administrator<br>434 Fayetteville Street, Suite 640<br>Raleigh, NC 27601-1888 | Lamont, Hanley & Assoc. Inc.<br>Attn: Managing Officer/Agent<br>1138 Elm Street POB 179<br>Manchester, NH 03101-1531 | Lanier, Whaley & Craft<br>Attn: Managing Officer/Agent<br>1404 Commonwealth Drive Ste 200<br>Wilmington, NC 28403-1475 |
| Law Office of Dean R. Davis<br>1508 Military Cutoff Rd. Ste 102<br>Wilmington, NC 28403-5730 | Lowe's Credit Card<br>Attn: Managing Officer/Agent<br>PO Box 36955<br>Canton, OH 44735-6955 | Marjorie K. Lynch<br>Bankruptcy Administrator<br>434 Fayetteville Street, Suite 640<br>Raleigh, NC 27601-1888 |
| Tracy Otto McCullen<br>8212 Bald Eagle Lane<br>Wilmington, NC 28411-9307 | Mercedes Benz Financial Services<br>Attn: Managing Officer/Agent<br>P.O. Box 961<br>Roanoke, TX 76262-0961 | Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 |
| N2 Publications<br>Attn: Managing Officer/Agent<br>PO Box 10916<br>Wilmington, NC 28404-0916 | NEC Financial<br>Attn: Managing Officer/Agent<br>250 Pehle Ave Suite 704<br>Saddle Brook, NJ 07663-5888 | NEC Financial Services<br>250 Pehle Avenue<br>Suite 704<br>Saddle Brook, NJ 07663-5888 |
| New Hanover County Tax Dept.<br>Attn: Managing Officer/Agent<br>PO Box 18000<br>Wilmington, NC 28406-7742 | North Carolina Dept. of Revenue<br>Office Serv. Division Bankr. Unit<br>PO Box 1168<br>Raleigh, NC 27602-1168 | Office Depot Credit Plan<br>Att: Managing Agent/Officer<br>PO Box 689020<br>Des Moines, IA 50368-9020 |

| | | |
|---|---|---|
| Oleander Oasis, LLC<br>c/o Tracy O. McCullen<br>8212 Bald Eagle Lane<br>Wilmington, NC 28411-9307 | Dorothy Jean Papadakos<br>8212 Bald Eagle Lane<br>Wilmington, NC 28411-9307 | Phillips Nursery<br>Attn: Managing Officer/Agent<br>1082 Town Creek Rd NE<br>Leland, NC 28451-7368 |
| Shanklin & Nichols, LLP<br>Attn: Managing Officer/Agent<br>214 Market Street PO Box 1347<br>Wilmington, NC 28402-1347 | Shanklin & Nichols, LLP<br>P.O. Box 1347<br>Wilmington, NC 28402-1347 | Shell Fleet Card<br>Attn: Managing Officer/Agent<br>P.O. Box 183019<br>Columbus OH 43218-3019. |
| Small Business Administration<br>Att: Managing Agent/Officer<br>6302 Fairview Rd., Suite 300<br>Charlotte, NC 28210-2234 | Southeast Toyota Finance<br>Attn: Managing Officer/Agent<br>PO Box 70832<br>Charlotte, NC 28272-0832 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| T. McCullen & Company, Inc.<br>dba Landscapes Unique<br>6020 Oleander Drive<br>Wilmington, NC 28403-4720 | Tidal Wave Construction<br>Attn: Managing Officer/Agent<br>413 Clarendon Blvd.<br>Carolina Beach, NC 28428-5002 | Benjamin E.F.B. Waller<br>Ward and Smith, PA<br>PO Box 8088<br>Greenville, NC 27835-8088 |
| Ward & Smith, PA<br>Att: Ryal W. Tayloe<br>PO Box 7068<br>Wilmington, NC 28406-7068 | Ward & Smith, PA<br>Attn: Kimberly Lee<br>PO Box 8088<br>Greenville, NC 27835-8088 | Wells Fargo<br>Attn: Managing Officer/Agent<br>1 Home Campus<br>Des Moines, IA 50328-0001 |
| Wells Fargo<br>Attn: Managing Officer/Agent<br>800 Walnut Street<br>Des Moines, IA 50309-3891 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines IA   50306-0438 | Williams Overman Pierce, LLP<br>2501 Atrium Drive<br>Suite 500<br>Raleigh, NC 27607-6492 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dell Business Credit<br>Attn: Managing Officer/Agent<br>PO Box 5275<br>Carol Stream, IL 60197-5275 | First Citizens Bank<br>Attn: Managing Officer/Agent<br>P.O. Box 25187<br>Raleigh, NC 27611-5187 | Sprint<br>Attn: Managing Officer/Agent<br>PO Box 4181<br>Carol Stream, IL 60197-4181 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)James B Angell<br>Howard, Stallings, From & Hutson, PA<br>PO Box 12347<br>Raleigh, NC 27605-2347 | (u)Bankruptcy Administrator | (u)Faye Brock |